UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE No.: 24-11665-BKC-LMI
ERIKA LAYNE  CHAPTER 13
    Debtor
_____/

## DEBTOR'S OBJECTION TO CLAIM NO.: 7
## FILED BY LVNV FUNDING, LLC

**COMES NOW**, THE DEBTOR, Erika Layne, and files this Objection to Claim No.: 8 filed by LVNV Funding, LLC., and in support thereof would state as follows:

1. On February 22, 2024, the Debtor filed for Chapter 13 bankruptcy relief before this court.
2. On April 26, 2024, the Creditor, LVNV Funding, LLC, filed an unsecured claim (Claim No.: 7) in the amount of $737.12.
3. The claim indicates that the Original Creditor was Credit One Bank, N.A.
4. The Debtor recognizes this debt as a debt to Credit One. The claim, however, does not include evidence/documentation showing a transfer from Credit One to LVNV Funding, LLC. Therefore, there is no evidence to show that LVNV Funding, LLC, has a right to make this claim.
5. The Debtor objects to the claim of LVNV Funding, LLC as there is no documentary evidence showing a transfer from Credit One to LVNV Funding, LLC.
6. The Debtor seeks to Strike and Disallow this claim.

**WHEREFORE** the Debtor seeks an Order Striking and Disallowing Claim No.: 7 Filed by LVNV Funding, LLC.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1.

Respectfully submitted,
Miller & Funcia, P.A.
Attorney for Debtor(s)
13190 SW 134 Street Ste 105
Miami, FL 33186
(305) 274-2922

/s/ Jose P. Funcia
JOSE P. FUNCIA, ESQ.
Florida Bar Number: 0698210