UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**IN RE:**                                                            **CASE No 24-11665-BKC-LMI**
**ERIKA LAYNE**                                          **CHAPTER 13**
    **Debtor**
_____/

**DEBTOR'S OBJECTION TO CLAIM NO.: 3 FILED BY CACH, LLC**

    **COMES NOW**, THE DEBTOR, Erika Layne, and files this Objection to Claim No.: 3 filed by CACH, LLC., and in support thereof would state as follows:

1. On February 22, 2024 the Debtor filed for Chapter 13 bankruptcy relief before this court.
2. On March 6, 2024 the creditor, CACH, LLC, filed an unsecured claim (Claim No.: 3) in the amount of $978.71.
3. The claim indicates that this debt has been acquired from Captial One Bank (USA), N.A.
4. As per Schedule "F" of the Debtor's bankruptcy petition and the Credit Report obtained at time of filing, there is no creditor by the name of CACH, LLC. or Captial One Bank (USA), N.A.; no creditor with the last 4 digits of 4813, nor any creditor in the amount of $978.71.
5. The Debtor does not recognize the creditor CACH, LLC..
6. The Debtor objects to the claim of CACH, LLC as there is no identifiable information or documentation from which the Debtor can verify that this debt belongs to the Debtor.
7. The Debtors seeks to Strike and Disallow this claim.

**WHEREFORE** the Debtor seeks an Order Striking and Disallowing Claim.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1.

Respectfully submitted,
Miller & Funcia, P.A.
Attorney for Debtor(s)
13190 SW 134 Street Ste 105
Miami, FL 33186
(305) 274-2922

/s/ Jose P. Funcia
JOSE P. FUNCIA, ESQ.
Florida Bar Number: 0698210