

ORDERED in the Southern District of Florida on July 29, 2024.

                                    **Laurel M. Isicoff, Judge**
                                    **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

                                        **PROCEEDINGS UNDER CHAPTER 13**

**ERIKA LAYNE**                               **CASE No. 24-11665-BKC-LMI**

      **Debtor**
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM No. 6**
**FILED BY NISSAN-INFINITI LT, LLC FKA NISSAN-INFINITI LT.**

**THIS CAUSE** came to be heard on the July 16th, 2024 consent calendar without opposition on the Debtor's Objection to Claim No.: 6 filed by Nissan-Infiniti LT, LLC fka Nissan-Infiniti LT (ECF #29) and based on the record, it is **ORDERED**:

1. The Debtors' Objection to Claim No. 6 filed by Nissan-Infiniti LT, LLC fka Nissan-Infiniti LT is Sustained.

2. The claim is Allowed as unsecured with no distribution from the Chapter 13 Trustee.

                                          ###

Submitted by:
Jose P. Funcia, Esq.
Miller & Funcia, P.A.
13190 SW 134 Street Ste 105
Miami, Florida 33186
Phone: 305-274-2922

Jose P. Funcia, Esq. is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service.